# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC.<br><br>     Plaintiffs,<br><br> v.<br><br>BANNER LIFE SCIENCES LLC,<br><br>     Defendant. | C.A. No. 1:18-cv-00582-LPS |

## STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Plaintiffs Biogen International GmbH and Biogen MA Inc. (collectively, "Biogen") and Defendant Banner Life Sciences LLC ("Banner") hereby stipulate that all claims and counterclaims in this action, namely those related to U.S. Patent Nos. 6,509,376 (the "'376 patent"), 7,320,999 (the "'999 patent") and/or 8,399,514 (the "'514 patent"), based on the product described in NDA No. 210296, are hereby dismissed without prejudice.

The parties further stipulate that each party will bear its own costs, expenses, and attorney fees with respect to this action.

This Court will retain jurisdiction to enforce this Dismissal and any related agreements resolving this matter.

STIPULATED AND AGREED:

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Nathan R. Hoeschen* |
| _____ | _____ |
| Steven J. Balick (#2114) | Karen E. Keller (#4489) |
| Andrew C. Mayo (#5207) | Nathan R. Hoeschen (#6232) |
| 500 Delaware Avenue, 8th Floor | I.M. Pei Building |
| P.O. Box 1150 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 298-0700 |
| sbalick@ashbygeddes.com | kkeller@shawkeller.com |
| amayo@ashbygeddes.com | nhoeschen@shawkeller.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *Biogen International GmbH* | *Banner Life Sciences LLC* |
| *and Biogen MA Inc.* | |
| | |
| Of Counsel: | Of Counsel: |
| | |
| James B. Monroe | C. Kyle Musgrove |
| Sanya Sukduang | Scott A. Cunning II |
| Paul W. Browning | Elizabeth M. Crompton |
| Li Feng | Yifang Zhao |
| Andrew E. Renison | HAYNES & BOONE LLP |
| Jeanette M. Roorda | 800 17th St. NW, Suite 500 |
| FINNEGAN, HENDERSON, | Washington, DC 20006 |
| FARABOW, GARRETT & DUNNER, LLP | (202) 654-4500 |
| 901 New York Avenue, N.W. | |
| Washington, DC 20001-4413 | |
| (202) 408-4000 | |

September 12, 2018

SO ORDERED, this _____ day of _____, 2018.

_____
Chief Judge